IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MAMADEE KEITA, | * |
| Petitioner, | * |
| v. | Case No. 4:19-cv-73 (CDL) |
| | * |
| Warden MICHAEL J. DONAHUE, et al., | * |
| Respondents. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 9, 2020, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 9th day of January 2020.

                                                David W. Bunt, Clerk

                                                s/ Timothy L. Frost, Deputy Clerk